ELISABETH SOLOMON *v.* BASIL KEISER

The defendant's petition for certification for appeal from the Appellate Court, is granted, limited to the following issue:

"Did the Appellate Court err in rendering a judgment of dismissal for lack of a final judgment when the trial court reopened and set aside a stipulated judgment and authorized the release of a previously ordered escrow fund?"

*Wesley W. Horton,* in support of the petition.

Decided December 6, 1988

STATE OF CONNECTICUT *v.* RAYMOND FLINTER

The defendant's petition for certification for appeal from the Appellate Court, 16 Conn. App. 402, is denied.

*Timothy C. Moynahan,* in support of the petition.

*Mitchell S. Brody,* deputy assistant state's attorney, in opposition.

Decided December 6, 1988

STATE OF CONNECTICUT *v.* GARY MESSIER

The defendant's petition for certification for appeal from the Appellate Court, 16 Conn. App. 455, is denied.

*Temmy Ann Pieszak,* assistant public defender, in support of the petition.

Decided December 6, 1988